UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
WILLIAM O. BARRETT,

                        Plaintiff,

       -against-                                  **AFFIDAVIT OF MAILING**

COUNTY OF DUTCHESS, DUTCHESS COUNTY       07 CIV 7106 (CLB)
SHERIFF'S OFFICE, KURT TWADDEL, NEIL A.
STEWART, JR., JEFFREY ACKEN, PETRUS and JOHN DOE
#1, JOHN DOE #2, JOHN DOE #3, Individually, and as
DEPUTY SHERIFFS OF THE DUTCHESS COUNTY
SHERIFF'S OFFICE,

                        Defendants.
------------------------------------------------------------------------x

STATE OF NEW YORK        )
                            ) ss.:
COUNTY OF DUTCHESS       )

      KAREN A. GRANT, being duly sworn, deposes and says:

      I am a Secretary with the law office of M c Cabe & Mack LLP, attorneys for defendants, County of Dutchess, Dutchess County Sheriff's Office, Kurt Twaddel, Neil A. Stewart, Jr., Jeffrey Acken and Ryan Petrus, and am over 18 years of age.

      On the 11th day of September, 2007 I served a copy of the attached **ANSWER** upon the following parties whose name is hereinafter set forth by depositing a true copy of same in a securely enclosed wrapper, at the postal box located on Mansion Street in Poughkeepsie, New York, which box is under the exclusive custody and care of the United States Post Office, which copies are directed to said parties at the addresses set after their respective names, that being the address within the State designated by them for that purpose, to wit:

<u>Name and address of Parties</u>

Kevin J. Reeves, Esq.
Levy & Santoro
105 Gleneida Avenue
Carmel, NY 10512

                               */s/*_____
                               KAREN A. GRANT

Sworn to before me this
11ᵗʰ day of September, 2007.

*/s/*_____
      Notary Public