# LEVY & SANTORO

ATTORNEYS AT LAW
105 GLENEIDA AVENUE
CARMEL, NEW YORK 10512
Tel.: (845) 228-4550
Fax: (845) 225-4992

*SERVICE BY FAX NOT AUTHORIZED*

STEPHEN M. SANTORO, SR.*
ADAM B. LEVY

KEVIN J. REEVES**
SARAH R. SCIGLIANO

*Also Admitted New Jersey

**Also Admitted Connecticut

November 8, 2007

Honorable Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

    RE:   William O. Barrett v. County of Dutchess et. al. / 07 CIV.7106

Dear Judge Brieant:

    As the Court is aware, William Barrett has retained this firm to represent him in the above referenced matter before this Honorable Court; however, there will be a substitution of counsel whereby James Randazzo, Esq. will become the attorney-of-record pending the Courts approval.

    Although a preliminary conference is calendared for Friday, November 9, 2007, I respectfully request, with the consent of Defendant's counsel David Posner, Esq. to adjourn this matter and have it re-calendared for Friday, December 14, 2007 at 9:00 a.m. to afford Mr. Randazzo time to become acquainted with the facts of the case.

    I would greatly appreciate it if your Honor would grant this request and have Chambers advise us of your decision.

    I apologize for any inconvenience and thank you in advance for your courtesy and consideration regarding this matter. I remain,

Very truly yours,

LEVY & SANTORO

Kevin J. Reeves, Esq.