J UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

WILLIAM O. BARRETT,

                       Plaintiff,          07 Civ. 7106 (CLB)

     -against-

                                              ORDER DECLARING WHITE PLAINS
                                              CASE ELIGIBLE FOR MEDIATION

COUNTY OF DUTCHESS

                       Defendant.
----------------------------------------------------------x

<u>Brieant, J.</u>

To the Clerk of Court:

1.    This case is determined to be eligible for mediation as to all issues.

2.    The entire mediation process is confidential. The parties and the Mediator may not disclose information regarding the process, including settlement terms, to the Court or to third persons unless all parties agree. The identity of the Mediator is not to be disclosed even to the Court. However, persons authorized by the Court to administer or evaluate the mediation program may have access to information necessary to administer or evaluate the program and parties, and counsel and mediators may respond to confidential inquiries or surveys by said persons authorized by the Court to administer or evaluate the mediation program.

3.    The mediation process shall be treated as a compromise negotiation for purposes of the Federal Rules of Evidence and state rules of evidence. The Mediator is disqualified as a witness, consultant, attorney, or expert in any pending or future action relation to the dispute, including actions between persons not parties to the mediation process.

4.    Entry of this case into the Court's mediation program shall not be deemed to change any timetable set by the Court contained in a scheduling order or otherwise governing the completion of discovery, motion practice or trial date

     SO ORDERED.

Dated: White Plains, New York
       April 3, 2008

                                                                     Charles L. Brieant, U.S.D.J.