UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WILLIAM O. BARRETT,

                      Plaintiff,

- against -

COUNTY OF DUTCHESS, DUTCHESS COUNTY
SHERIFF'S OFFICE, KURT TWADDEL,
NEIL A. STEWART, JR., JEFFREY ACKEN

PETRUS JOHN DOE #1, JOHN DOE #2
AND JOHN DOE #3, IN THEIR INDIVIDUAL AND
OFFICIAL CAPACITIES AS DEPUTY SHERIFFS
OF THE DUCHESS COUNTY SHERIFF'S OFFICE
-----------------------------------------------------------------X

Index No. **07 CIV. 7106(CLB)**

**CONSENT TO CHANGE ATTORNEY**

IT IS HEREBY CONSENTED THAT James A. Randazzo, Esq. of Santangelo, Randazzo & Mangone, LLP, 151 Broadway, Hawthorne, New York 10532

be substituted as attorney(s) of record for the undersigned party(ies) in the above entitled action, to wit, Plaintiff WILLIAM BARRETT and stead of the undersigned attorney(s) as of the date hereof.

Dated: Carmel, New York
        December 11, 2007

_____
William Barrett

_____
James A. Randazzo, Esq. (JR-0156)

_____
Stephen M. Santoro Sr., Esq.
Levy & Santoro, Esqs.

STATE OF NEW YORK    )
COUNTY OF PUTNAM    )

       On the 11th day of December in the year 2007, before me, the undersigned, a Notary Public in and for said State, personally appeared to me WILLIAM BARRETT or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument

_____
NOTARY PUBLIC

TERRI MURPHY
Notary Public, State of New York
01MA6067812
Qualified in Bronx County
Commission Expires Oct 28, 20 10