# SANTANGELO RANDAZZO & MANGONE LLP

Attorneys and Counselors at Law
151 Broadway
Hawthorne, New York 10532
Telephone: (914)741-2929
Facsimile: (914) 741-2920
Email: SSR@SSRlegal.com

Michael G. Santangelo
James A. Randazzo
Anthony J. Mangone

Mark C. Fang, Of Counsel

May 8, 2008

**VIA FAX: 914-390-4085**
Hon. Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re: Barrett v. Dutchess County, Dutchess County Sheriff Department, et al
      Index No.: 07 Civ. 7106 (CLB)

Dear Judge Brieant:

      The above referenced matter is currently scheduled for a conference on May 9, 2008. However, the parties have agreed to mediation and we are awaiting notification from the court concerning same. As such, we are respectfully requesting that the conference be adjourned to July 18, 2008 at 9:30 a.m.

      Thank you for your courtesies.

      Very truly yours,

      SANTANGELO RANDAZZO & MANGONE LLP

      */s/ James A. Randazzo*

      By: James A. Randazzo

JAR:ge
cc: David Posner (Via Fax: 845-486-7621)