UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
William O. Barrett,

                Plaintiff,                  07 CIVIL 7106 (CLB)

    -against-

County of Dutchess, et al.,
                Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __James A. Randazzo__

[X]    *Attorney*

    [X]    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
            __JR0156__

    [ ]    I am a Pro Hac Vice attorney

    [ ]    I am a Government Agency attorney

[X]    *Law Firm/Government Agency Association*

    From: __Santangelo Randazzo & Mangone LLP__

    To: __Gelardi & Randazzo LLP__

    [X]    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ]    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[X]    *Address:* 151 Broadway, Hawthorne, NY 10532

[X]    *Telephone Number:* 914-495-3050

[X]    *Fax Number:* 914-495-3051

[X]    *E-Mail Address:* jrandazzo@gandrlaw.com

Dated: __7-1-08__