# Gelardi & Randazzo LLP

Attorneys and Counselors at Law
151 Broadway
Hawthorne, New York 10532
Telephone: 914-495-3050
Fax: 914-495-3051

Vincent Gelardi
James A. Randazzo

Richard A. Portale
Robert Rafferty*
Of Counsel

*Member of NY and CT Bar

800 Westchester Avenue, Suite S-608
Rye Brook, New York 10573
Tel: 914-251-0603
Fax: 914-253-0909

**MEMO ENDORSED**

July 10, 2008

**VIA FAX: 914-390-4085**
Hon. Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

*Application Granted – Conference is adjourned sine die. Counsel should notify the Court in writing as to the status of this case – after mediation is ordered.*

*Charles L. Brieant*
*7-11-08*
*USDJ*

Re: Barrett v. Dutchess County, Dutchess County Sheriff Department, et al
    07 Civ. 7106 (CLB)

Dear Judge Brieant:

Please allow this correspondence to serve as a joint request to adjourn the conference in the above referenced matter which is presently scheduled for July 25, 2008. Depositions are scheduled for early July and the parties still would like the opportunity to engage in mediation thereafter. As such, we are also requesting that the court extend the time of the prior order for mediation.

Thank you for your courtesies.

Very truly yours,

GELARDI & RANDAZZO LLP

By: James A. Randazzo

JAR:ge
cc: David Posner, Esq. (Via Fax: 845-486-7621)